AO 91 (Rev. 11/11)  Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUN 24 2025

MITCHELL R. ELFERS
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
| v. | ) |
| Breanne Gallegos | ) Case No. 25MJ2503 |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 12, 2025** in the county of **Valencia** in the
_____ District of **New Mexico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Bank Robbery |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

_____
Complainant's signature

Lilly Aldana, FBI Special Agent
Printed name and title

Sworn to ~~before me and signed in my presence.~~ by telephone. KS

Date: 06-24-2025

_____
Judge's signature

City and state: Las Cruces, New Mexico

Hon. Kevin R. Sweazea, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lilly Aldana, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state that there is probable cause to find that Breanne Gallegos (GALLEGOS) violated 18 U.S.C. § 371 by conspiring to commit bank robbery as follows:

> On or about February 12, 2025, in Valencia County, in the District of New Mexico, GALLEGOS knowingly, unlawfully and willfully combined, conspired, confederated, agreed, and acted interdependently with Daniel Guereca (Guereca) and others to commit bank robbery, contrary to 18 U.S.C. § 2113(a).

Manner and Means

The manner and means by which GALLEGOS and Guereca sought to accomplish the objectives of the conspiracy included, among other things,

   a. researching the location of the robbery,
   b. discussing the location and plan for the robbery with one another,
   c. writing a demand note that Guereca would use for the bank robbery,
   d. having GALLEGOS drive Guereca to the bank that they agreed to rob,
   e. having Guereca rob the bank by force, violence, and intimidation, and
   f. having GALLEGOS serve as the getaway driver after Guereca robbed the bank.

Overt Acts

In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the District of New Mexico, and elsewhere:

   a. On or about February 12, 2025, GALLEGOS used her cell phone to research a bank to rob in Los Lunas, New Mexico.
   b. On or about February 12, 2025, GALLEGOS and Guereca discussed their plan to rob the U.S. Bank at 2421 Main St. SE, Los Lunas, New Mexico, by force, violence, and intimidation.
   c. On or about February 12, 2025, GALLEGOS wrote a threatening demand note for Guereca to use in the bank robbery. The note suggested that the bank teller who received the note would be killed

or severely harmed if he or she did not comply with the note's demand to give Guereca a large amount of cash.

d. On or about February 12, 2025, GALLEGOS drove Guereca to this bank so that he could rob it.

e. On or about February 12, 2025, Guereca entered this bank and took, by force, violence, and intimidation, from the person and presence of another a sum of U.S. currency belonging to and in the care, custody, control, management and possession of this bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

f. On or about February 12, 2025, after Guereca robbed this bank, GALLEGOS drove Guereca away from the bank to help him avoid being caught.

In violation of 18 U.S.C. § 371.

## Relevant Statutes

1. Under 18 U.S.C. § 371, "[i]f two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy," then such individuals may be imprisoned for up to five years, if the offense that the individuals are seeking to commit is a felony. 18 U.S.C. § 371.

2. Under 18 U.S.C. § 2113(a), it is a felony for an individual to "by force and violence, or by intimidation, take[ ], or attempt[ ] to take, from the person or presence of another, or obtains or attempts to obtain by extortion any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association." 18 U.S.C. § 2113(a).

## Probable Cause

3. On February 12, 2025, at approximately 5:00 p.m., Guereca robbed the U.S. Bank at 2421 Main St. SE, Los Lunas, New Mexico, a bank that had its deposits insured by the Federal

Deposit Insurance Corporation. Wearing a black hoodie and a white mask, Guereca entered the bank, proceeded to a teller, and passed her a threatening demand note—the text of which clearly implied that the teller would be killed or severely harmed if he or she did not comply with the note's demand to hand over a large amount of cash. In response, the teller began giving Guereca money that belonged to the bank. Guereca then verbally demanded more money, taking a total of at least $6,000. After taking this money, Guereca left the bank and entered a light blue Honda CR-V, which had heavily tinted windows and no license plates—and which was driven by GALLEGOS.



*(Photos from U.S. Bank Robbery in Los Lunas, NM, on Feb. 12, 2025)*

4. At approximately 5:26 p.m. on February 20, 2025, Guereca robbed another bank—the PNC Bank at 3800 East Lohman Avenue, Las Cruces, New Mexico, a bank that had its deposits insured by the Federal Deposit Insurance Corporation. Wearing a green hat, dark-colored sunglasses, white mask, black hoodie, an Adidas jacket, and dark pants, he entered the bank with a piece of paper in his left bare hand. He then walked directly to the teller and gave the teller the piece of paper, which stated:

> THIS IS A ROBERY [sic]! I NEED $20,000 IN BIG BILLS! NO TRACKERS OR DIE PACKS! I AM ARMED! PLEASE COMPLY SO YOU AND YOU COWORKERS GET HOME SAFELY!

5.  In response, the teller took the cash out of the register, stacked it up on the counter, and informed Guereca that there was no more money. Guereca then took the cash (approximately $3,313.00), placed it in his pockets, and then left the bank on foot at approximately 5:27 p.m. Video footage from the bank at approximately 5:28 p.m. appears to show the same light blue Honda CR-V that was seen at the Los Lunas bank robbery.



*(Photos from PNC Bank Robbery in Las Cruces, NM, on Feb. 20, 2025)*

6.  Because Guereca left the note at the PNC Bank, that note was taken into evidence so that it could be tested for fingerprints. On February 25, 2025, results of the fingerprint test on this note showed a positive match for Guereca. Guereca is 28 years old and approximately 6'00" and 185 lbs., and the videos from the Los Lunas bank robbery on February 12, 2025, and the Las Cruces bank robbery on February 20, 2025, both appear to depict an individual with this same height and build.

7.  The Honda CR-V that appears to have been used in both bank robberies was abandoned about 0.3 miles from the PNC Bank in Las Cruces. This vehicle was later determined to have been stolen from the Albuquerque, New Mexico, area. A subsequent search of the car, conducted pursuant to a search warrant authorized by a New Mexico district judge, revealed fingerprints matching those of Guereca. Items that appear to have been used in or connected to

the Las Cruces bank robbery were also found in this vehicle—including a black zip-up Adidas jacket, a draft "bank robery [sic]" note, a box of white surgical masks, and dark pants.

8.  Pursuant to a federal search warrant, the undersigned searched two cell phones that were later found in a Chevy Malibu that GALLEGOS was driving—with Guereca in the backseat—when he was arrested on April 7, 2025, in connection with the Las Cruces bank robbery. One of these cell phones was determined to belong to GALLEGOS and the other was determined to belong to Guereca. During the search of these phones, the undersigned discovered the following evidence:

   a. On February 7, 2025, GALLEGOS's phone sent Guereca's Facebook account a Facebook text message stating, "Danny I want to help you with the bank."

   b. GALLEGOS's phone also shows that it was connected to the Bluetooth system belonging to the stolen blue Honda CRV on February 7, 2025.

   c. GALLEGOS's phone sent a message via Facebook to an individual she knew, stating "Hey . . . we should go fishing at that spot on [New Mexico State Road] 47[.] [Uncharged suspect] said they've been stalking it near there." The message also included a picture of a pin dropped at a location that precisely matches the U.S. Bank at 2421 Main St. SE, Los Lunas, New Mexico (which is also next to the New Mexico State Road 47 that is referenced in the text):

   

   d. On February 12, 2025, the day of the Los Lunas bank robbery, an internet search for "banks in Los Lunas" was also conducted on GALLEGOS's phone.

9. A Search of Guereca's phone reveled, among other things, (1) a photo of a news article about the Los Lunas Bank robbery; (2) photos from February 11, 2025, of the blue Honda CRV that appears to have been used in both the Los Lunas and the Las Cruces bank robberies; (3) internet searches for things such as "las cruces news bank robbery" on February 24, 2025 (which was before that bank robbery was made public) and "los lunas newspaper bank robbery" on February 27, 2025; (4) photos of Guereca from February 2025 that appear to be consistent with the general description of the individual observed on the security cameras from the Los Lunas and Las Cruces bank robberies; (5) photos of Guereca and GALLEGOS together on February 14, 2025; and (6) photos of what is suspected to be a large quantity fentanyl pills on February 13, 2025—the day after the Los Lunas bank robbery.

10. One or more witnesses were interviewed in connection with these bank robberies. The witness(es) stated that, on or about February 14, 2025, they observed Guereca to be in possession of a blue Honda CR-V and that Guereca stated that he had recently robbed a bank in Los Lunas with the help of his girlfriend, GALLEGOS. The witness(es) further stated that Guereca specifically mentioned that GALLEGOS wrote the note that he presented to the teller when he robbed the Los Lunas bank—and that GALLEGOS also drove him to and picked him up from that bank robbery. Guereca then stated to the witness(es) that he would rob a bank in Las Cruces soon.

## Conclusion

11. Probable cause exists to believe that GALLEGOS violated 18 U.S.C. § 371 by conspiring to rob a U.S. Bank in Los Lunas, New Mexico, on February 12, 2025.

This affidavit was reviewed by AUSA Grant Gardner.

Respectfully submitted,

*[signature]*

Lilly Aldana
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to ~~before me~~ by telephone KS on June 24, 2025.

*[signature]*

Honorable Kevin R. Sweazea
UNITED STATES MAGISTRATE JUDGE